IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Szeniawski, Robert J | Case Number: 05 B 10833 |
|---|---|---|
| | Szeniawski, Therese A | Judge: Wedoff, Eugene R |
| | Printed: 12/28/07 | Filed: 6/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 12, 2007
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,800.00 | |
| Secured: | | 1,199.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,000.00 |
| Trustee Fee: | | 121.54 |
| Other Funds: | | 478.87 |
| Totals: | 2,800.00 | 2,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Moulton & Associates | Administrative | 1,000.00 | 1,000.00 |
| 2. | Beneficial Illinois Inc | Secured | 1,199.59 | 1,199.59 |
| 3. | Providian Processing | Unsecured | | No Claim Filed |
| 4. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 5. | Wolpoff & Abramson | Unsecured | | No Claim Filed |
| 6. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 7. | Christ Hospital | Unsecured | | No Claim Filed |
| 8. | MRS Associates, Inc | Unsecured | | No Claim Filed |
| 9. | Advocate Health Care | Unsecured | | No Claim Filed |
| 10. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 11. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,199.59 | $ 2,199.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 55.00 |
| 5% | 15.00 |
| 4.8% | 28.80 |
| 5.4% | 22.74 |
| | _____ |
| | $ 121.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Szeniawski, Robert J<br>Szeniawski, Therese A<br>Printed:  12/28/07 | Case Number:  05 B 10833<br>Judge:  Wedoff, Eugene R<br>Filed:  6/15/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

